IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHEN GIANNAROS,

        Plaintiff,

  v.

LEICA CAMERA, INC.,

        Defendant.

Case No. 1:21-cv-11551

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Stephen Giannaros voluntarily dismisses all claims alleged in *Giannaros v. Leica Camera, Inc.*, Case No. 1:21-cv-11551 (D. Mass.) with prejudice and with each party bearing his and its own costs. Defendant has not filed a responsive pleading, such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

Dated: May 12, 2022

By: */s/ Jason M. Leviton*
Jason M. Leviton
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
jason@blockleviton.com

Kevin W. Tucker (He/Him)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel: (412) 877-5220
ktucker@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 12, 2022, a true and correct copy of the foregoing document was served by ECF on the parties registered to the Court's CM/ECF system.

*/s/ Jason M. Leviton*